FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -8  P 1: 31

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

GENE RICHARD ORTIZ                                    CIVIL ACTION

VERSUS                                                NO. 05-2689

VILLE PLATTE CITY JAIL, ET AL.                        SECTION "I"(3)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an

objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and

Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Therefore,

**IT IS ORDERED** that the above captioned matter be and hereby is **TRANSFERRED** to

the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this ___8___ day of _____Au_____, 2005.

_____
UNITED STATES DISTRICT JUDGE

_____ Fee_____
_____ Process_____
__X__ Dktd_____
__/__ CtRmDep_____
_____ Doc. No._____